UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION-FLINT

IN THE MATTER OF:
DEBTOR (S) Nicole E. Kehoe

Case No: 09-33885-DOF
CHAPTER 13 PROCEEDINGS
JUDGE DANIEL OPPERMAN

ATTORNEY: Jesse R. Sweeney
DATE FILED: 07/20/09
CLAIMS BAR DATE: 11/09/09
CONFIRMATION DATE: 09/01/09

## TRUSTEE'S OBJECTION TO CONFIRMATION

☐ First Payment has not posted ☐ Plan is unfeasible ☐ Payment Order has not been filed

☐ Plan does not meet Best interest test

☐ Plan does not meet Means test: ☐ must be a 60 month ☐ must pay $ _____ to unsecured or affidavit required.

☐ DSO Certificate will be required at Confirmation ☐ Increase dividend to unsecured creditors to at least 10%

☐ Reconcile net income on schedule J with Plan payment

☐ Amend Plan to provide/clarify treament for _____

☐ Amend Plan to pay the following through Trustee's Office _____

☑ Amend Schedules for the following: AMEND SCHEDULE "C"

☐ Trustee objects to disposable income and requests verfication or amendment to the following budget items:

☐ Trustee objects to the payment of _____

☐ Exemptions are not _____

Provide the following to the Trustee **by** _____ :

☐ Tax Return  ☐ 60 days of pay stubs  ☐ titles to: vehicles _____  ☑ recorded mortgages

☐ business's budget  ☐ amortization schedule for _____

OCP to state the following:

☐ 100% of tax refunds  ☐ 100% to unsecured creditors

☐ Stay is lifted as to _____

☐ Plan payments shall increase by $ _____ in _____

Other issues  AMEND CMI LINE 50 FOR CHAPTER 13 PAYMENT.  AMEND STATEMENT OF FINANCIAL AFFAIRS #1 FOR 2009 YEAR-TO-DATE.

**NATURE OF THE PLAN**-The Trustee interprets the nature of the Plan to be:

☐ Percentage _____ % to unsecured or _____ months from confirmation-whichever is the greater dividend

☑ Base Plan-completed upon the Trustee receiving $ 0 <u>in addition to the receipts prior to confirmation.</u>

Estimated % to unsecured is 0 % in (60) months.

**Confirmation recommended**  ☐ Yes _____ % in _____ months  ☑ No

WHEREFORE, unless the above terms are satisfied, the Chapter 13 Trustee requests that this Honorable Court deny confirmation of the Debtor's (s') Plan, dismiss this case, allow an administrative expense of $100.00 to the Trustee and provide other relief as is just.

/s/ Carl L. Bekofske

Dated: August 14, 2009

Diane

Carl L. Bekofske, Standing Chapter 13 Trustee
510 W. Court St., Flint, MI 48503
(810) 238-4675   ECF@flint13.com
P-10645